UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CUDE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 3:25-cv-000475 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO., | § § § § | |
| *Defendant.* | § § § | |

**ORDER GRANTING JOINT MOTION TO MODIFY CLASS CERTIFICATION SCHEDULING ORDER**

The Court having considered the parties' Joint Motion to Modify Class Certification Scheduling Order (the "**Motion**") finds that the Motion should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED in all respects and the Class Certification Scheduling Order is modified as follows:

| | |
|---|---|
| Defendant designates experts, if any | December 3, 2025 |
| Plaintiffs designate rebuttal experts, if any | January 9, 2026 |
| Class certification discovery closes | February 9, 2026 |
| Defendant serves (but does not file) response to Plaintiffs' motion for class certification, including all supporting evidence and supporting brief | February 25, 2026 |
| Plaintiffs serve on Defendants (but do not file) their reply to Defendant's response, including rebuttal evidence, if any, and supporting brief | March 25, 2026 |
| Submission Date | April 9, 2026 |

SIGNED: September 15, 2025.

David C. Godbey
United States District Judge