**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER CUDE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | **Civil Action No. 3:25-cv-000475** |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO., | § § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Christopher Cude ("Plaintiff" or "Cude") and Defendant Government Employees Insurance Company ("Defendant" or "GEICO") (collectively, the "Parties"). Having considered the Agreed Motion to Dismiss, the Court finds that all Parties have agreed to the dismissal of Plaintiff Cude's remaining claims in this action with prejudice and that good cause exists to grant the requested relief.

IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss with Prejudice is hereby GRANTED.

IT IS FURTHER ORDERED that all of Plaintiff Cude's remaining claims under the Texas Deceptive Trade Practices Act ("DTPA") and the Texas Insurance Code in the above-captioned action are hereby DISMISSED WITH PREJUDICE, and as no further claims remain, this case is CLOSED.

IT IS FURTHER ORDERED that each Party shall bear its own respective attorneys' fees,

costs, and expenses incurred in connection with this litigation.

Signed May 26, 2026.

David C. Godbey
Senior United States District Judge

2